Susan St. Vincent
Acting Legal Officer
NATIONAL PARK SERVICE
Law Enforcement Office
P.O. Box 517
Yosemite, California  95389
Telephone: (209) 372-0241

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>        Plaintiff,<br><br>              v.<br><br>RALPH GUITIERREZ, JR,<br>        Defendant. | Docket 6:11-mj-00087-MJS<br><br>STIPULATION TO CONTINUE<br>INITIAL APPEARANCE AND;<br>ALLOW PLEA IN ABSENTIA; AND<br>ORDER THEREON<br><br>Courtroom: U.S. District Court - Yosemite<br>Honorable Michael J. Seng |

IT IS HEREBY STIPULATED by and between Susan St. Vincent, the acting legal officer for the National Park Service, and Defendant, Ralph Gutierrez, by and through his attorney of record, Brian Mullins, that the Initial Appearance in the above-captioned matters set for August 11, 2011, shall be continued to September 7, 2011, at 10:00 a.m.  It is further stipulated that the defendant's personal appearance be waived and parties hereby request the Court allow Mr. Gutierrez to appear telephonically for the initial appearance and for entry of a plea and sentencing.

Dated: August 16, 2011          /s/ Susan St. Vincent
                                Susan St. Vincent
                                Acting Legal Officer
                                Yosemite National Park


Dated: August 16, 2011          /s/ Brain Mullins
                                Brian Mullins
                                Attorney for Defendant
                                RALPH GUTIERREZ, JR.

1

* * * ORDER * * *

The Court, having reviewed the above request to continue the initial appearance for Ralph Gutierrez, Jr., now set for August 11, 2011, and set the matter for initial appearance on September 7, 2011, at 10:00 a.m., HEREBY ORDERS AS FOLLOWS:

1. The initial appearance now set for August 11, 2011, is continued to September 7, 2011.
2. Defendant Mr. Gutierrez may appear telephonically for the initial appearance and for entry of a plea and sentencing.

IT IS SO ORDERED.

Dated:   August 25, 2011                   /s/ *Michael J. Seng*
                                           UNITED STATES MAGISTRATE JUDGE