Susan St. Vincent
Acting Legal Officer
Matthew Redman
Legal Intern
NATIONAL PARK SERVICE
Legal Office
P.O. Box 517
Yosemite, California  95389
Telephone:  (209) 372-0241

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | DOCKET NO. 6:11-mj-0087-MJS |
| Plaintiff, | |
| v. | **STATEMENT OF ALLEGED PROBATION VIOLATION(S)** |
| RALPH GUTIERREZ JR., | |
| Defendant. | Court: U.S. District Court – Yosemite<br>Judge: Honorable Michael J. Seng |

Defendant, Ralph GUTIERREZ Jr., was arrested July 15, 2011, in Yosemite National Park and charged with the following six counts in a complaint: Count 1: Failure to obey a traffic control device; Count 2: Operate a vehicle off road; Count 3: Open container; Count 4: Driving under the influence of alcohol; Count 5: Driving under the influence of alcohol with a BAC >.08%; and Count 6: Possession of a controlled substance. GUTIERREZ plead guilty June 12, 2012, to Count 5: Driving under the influence of alcohol with a BAC >.08%, and all other counts were dismissed. GUTIERREZ was sentenced as follows: pay a fine of $1,800; two days custody with credit for two days served; attend and complete a second time offender program by the California DMV; not to drive a vehicle unless it is properly insured and registered; not to drive a vehicle without a valid driver's license; not to drive a vehicle with any detectable

amount of alcohol in his system; obey all laws; not to refuse or fail to complete a chemical test to determine blood alcohol content; and 24 months of unsupervised probation. The Government alleges Ralph GUTIERREZ Jr. violated the following terms of probation:

<u>CHARGE ONE</u>: FAILURE TO PAY FINE

GUTIERREZ was ordered to pay a fine of $1,800. To date, the U.S. Courts have received no payments.  GUTEIRREZ has an outstanding balance of $1,800.

<u>CHARGE TWO</u>: FAILURE TO DRIVE WITHOUT DETECTABLE ALCOHOL IN SYSTEM

GUTIERREZ was ordered not to drive a vehicle with any detectable amount of alcohol in his system. GUTIERREZ was convicted on September 24, 2013, for Driving Under the Influence with a BAC >.08%.

<u>CHARGE THREE</u>:  FAILURE TO OBEY ALL LAWS

GUTIERREZ was ordered to obey all laws. GUTIERREZ was cited on April 24, 2013, for driving under the influence, and driving under the influence with BAC >.08%. On September 24, 2013, GUTIERREZ was convicted of Driving Under the Influence with a BAC >.08%.

<u>CHARGE FOUR</u>: FAILURE TO COMPLETE DMV MULTI-OFFENDERS COURSE

GUTIERREZ was ordered to attend and complete a DMV Multi-Offender course. To date, the Yosemite Legal Office has not received any proof of completion of the course.

The Yosemite Legal Office respectfully requests the above referenced matter, *U.S. v. Ralph Gutierrez,* 6:11-mj-0087-MJS, be put back on calendar at a time convenient for the Court.

Dated: June 5, 2014                    By:  /s/ Matthew Redman
                                           Matthew Redman
                                           Legal Intern
                                           Yosemite National Park, CA

//

2

1
2

**THE COURT ORDERS AT THE GOVERNMENT'S REQUEST:**

3  (X)  Submit a Request for Warrant or Summons:

4  (  )  Defendant to Appear at Yosemite District Courthouse:

5

IT IS SO ORDERED.

6

7

Dated:   June 6, 2014          /s/ *Michael J. Seng*

8                                  UNITED STATES MAGISTRATE JUDGE

9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28